UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 6:13-CR-32-GFVT-HAI-5 |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| ADAM HOSKINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition ("R&R") of United States Magistrate Judge Hanly Ingram. [R. 250.] After testing positive for Suboxone use, the Defendant, Adam Hoskins, was charged with two violations of his Supervised Release. [*Id*. at 2.]

The Supervised Violation Report issued by the United States Probation Office charged Hoskins with two violations, each related to using a controlled substance in violation of the law. [*Id.* at 2.] At the final hearing, Hoskins entered a valid stipulation to the two violations. [*Id*. at 3.] Upon evaluation of the entire record, including the most recent Supervised Release Violation Reports and accompanying documents and the sentencing materials from the underlying judgments in this District, Magistrate Ingram issued an R&R recommending revocation and a term of imprisonment of eight months with one year of supervised release to follow. [*Id*. at 8.] The Defendant has waived his right of allocution. [R. 251.]

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no

objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's recommended disposition are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1.      The Magistrate's Recommended Disposition [**R. 250**] as to Adam Hoskins is **ADOPTED** as and for the Opinion of the Court;

2.      Hoskins is found to have violated the terms of his Supervised Release as set forth in the Petition filed by the United States Probation Office and the Recommended Disposition of the Magistrate Judge;

3.      Mr. Hoskins's Supervised Release is **REVOKED**; and

4.      Mr. Hoskins is hereby sentenced to a term of **incarceration for eight (8) months** with **twelve (12) months of supervised release** to follow under the previous conditions.

This the 14th day of September, 2017.

Gregory F. Van Tatenhove
United States District Judge